IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JENNIFER CORRIVEAU**                                                                   **PLAINTIFF**

v.                              **Case No. 4:18-cv-00531 KGB**

**CITY OF MAUMELLE, ARKANSAS**                                                **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 75). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal. The action is dismissed with prejudice.

It is so ordered this 30th day of June, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge